AO 91 (Rev. 11/11) Criminal Complaint

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
SEP 29 2026
AT ____ O'CLOCK ____
John M. Domurad, Clerk - Plattsburgh

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

**UNITED STATES OF AMERICA**
**v.**
MBAYE, Ibou, and GADJGO, Abdourahme

**Defendants.**

Case No. 8:26-PO-87 (GLF)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of September 26, 2026 in the county of Franklin County in the Northern District of New York the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C. § 1325(a)(1) | Entry Without Inspection |

This criminal complaint is based on these facts:
See attached affidavit

☒ Continued on the attached sheet.

*Complainant's signature*
Agent Clinton L. Joseph
*Printed name and title*

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date: Sept. 29, 2026

*Judge's signature*

City and State: Plattsburgh, NY

Hon. Gary L. Favro, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Clinton L. JOSEPH, hereby depose and state under penalty of perjury:

1. I am a United States Border Patrol Agent ("BPA") currently assigned to the Swanton Sector, Massena, NY Station. I have been a BPA for 18 years and have been assigned to the Swanton Sector since 2018. I successfully completed training at the United States Border Patrol Academy in 2008, where I received training on the smuggling and trafficking of people and drugs; detecting and tracking illegal entry into the U.S.; and conducting surveillance, traffic stops, interviews, and arrests. I have experience performing each of these duties as a BPA. This affidavit is based in part on information provided to me by others and from law enforcement and immigration databases. It does not set forth all my knowledge about the investigation.

2. I submit this affidavit in support of a criminal complaint charging MBAYE, Ibou and GADJGO, Abdourahme with violating 8 U.S.C. § 1325(a)(1), which prohibits any alien, that is, any person who is not a citizen or national of the United States, from entering or attempting to enter the United States "at any time and place other than as designated by immigration officers."

**Probable Cause**

3. On September 26, 2026, at approximately 8:00 PM, Border Patrol Agents encountered a group of five subjects near Burns Holden Rd. in Fort Covington, NY. During the encounter the subjects stated that they crossed the U.S. Border illegally. The agent conducted an immigration inspection, MBAYE and GADJGO admitted to being citizens and nationals of Senegal, without proper documentation to be in, enter, or remain legally. The subjects were arrested and transported to the Massena Border Patrol Station for record checks, interviews, and processing.

4. At the Massena Border Patrol Station, records checks confirmed that both subjects MBAYE, Ibou and GADJGO, Abdourahmane are citizens of Senegal and did not have legal documentation to be in, pass through, or remain in The United States legally.

**Conclusion**

5. Based on the foregoing, I respectfully request the Court issue the proposed complaint charging the defendants with improper entry by an alien, in violation of 8 U.S.C. § 1325(a)(1).

Agent Clinton L. Joseph
United States Border Patrol

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date: Sept. 29, 2026

Hon. Gary L. Favro
United States Magistrate Judge